# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA   v.   DEAN R. BEAULIEU 

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                         CASE NO.  3:04-CR-00106-JKS 

 Dan Maus 

PROCEEDINGS: **CLERK'S NOTICE**                DATE: May 9, 2006

In reviewing the above-referenced file, the Court finds it has possession of a passport belonging to defendant Dean R. Beaulieu.  Any party wishing to have said item returned to them needs to file a motion to return said item with a proposed order for the court's consideration.