M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:04-cr-0106-JKS |
| vs. | **MOTION TO RELEASE PASSPORT** |
| DEAN R. BEAULIEU, | |
| Defendant. | |

Defendant, Dean R. Beaulieu, by and through counsel M. J. Haden, Staff Attorney, asks this court for an order directing the Clerk of Court to release his passport. Mr. Beaulieu was required to surrender his passport to the court as a condition of release in the above-styled matter. Mr. Beaulieu has complied with all conditions of release and the case has been resolved. Accordingly, it is appropriate to return his passport.

This motion is submitted pursuant to D. Alaska Loc. Crim. R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED this 14th day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 14, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Karen Loeffler, Esq.

and a copy was hand-delivered to:

U.S. Probation & Pretrial Services
222 West 7th Avenue, No. 48, Room 168
Anchorage, AK  99513-7562

/s/ M. J. Haden