UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DEAN R. BEAULIEU,<br><br>　　　　　Defendant. | Case No. 3:04-cr-0106-JKS<br><br>**PROPOSED ORDER TO RELEASE PASSPORT** |

After due consideration of the defendant's request for an order authorizing the Clerk of Court to release the defendant's passport, the court GRANTS the motion.

It is hereby ordered that the Clerk of Court is authorized to mail Mr. Beaulieu's passport to Liberty Beaulieu at 2091 S. Jensen Road, Palmer, Alaska 99654.

DATED _____, 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　United States District Court Judge