M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DEAN R. BEAULIEU,<br><br>        Defendant. | Case No. 3:04-cr-0106-JKS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

M. J. Haden, being first duly sworn upon oath, deposes and states:

1.    I am the attorney in the above-captioned case.

2.    On June 8, 2006, I received a letter from Mr. Beaulieu concerning the Clerk's Notice of May 9, 2006, at Docket No. 45 regarding his passport. Mr. Beaulieu asked that I file a motion on his behalf to request the return of his passport.

3.    Mr. Beaulieu was required to surrender his passport to the Clerk of Court as a condition of release pending resolution of the case.

    4. Mr. Beaulieu's case has been resolved and it is appropriate to return his passport.

    5. Accordingly, I am asking for an order authorizing the Clerk of Court to release the passport to Mr. Beaulieu. Mr. Beaulieu requests that his passport be mailed to Liberty Beaulieu at 2091 S. Jensen Road, Palmer, Alaska 99654.

    FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
M. J. Haden

    SUBSCRIBED and SWORN to before me this 14th day of June, 2006.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

2