IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>vs.<br>DEAN R. BEAULIEU,<br>                Defendant. | Case No. 3:04-cr-00106 (JKS)<br><br>O R D E R |

The Defendant's request for an order authorizing the Clerk of Court to release the Defendant's passport, at **Docket No. 46**, is **GRANTED**.

**IT IS THEREFORE ORDERED**:

The Clerk of Court is authorized to mail Mr. Beaulieu's passport to Liberty Beaulieu at 2091 S. Jensen Road, Palmer, Alaska 99654.

Dated at Anchorage, Alaska, this 3rd day of August 2006.

                                                    /s/ James K. Singleton, Jr.
                                                       **JAMES K. SINGLETON, JR.**
                                                         United States District Judge