PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Dean R. Beaulieu                                   Case Number: A04-0106 CR (JKS)

Sentencing Judicial Officer:   James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:    August 1, 2005

Original Offense:             Wire Fraud

Original Sentence:            27 months imprisonment, three years supervised release

Date Supervision Commenced: June 12, 2007

## PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

"The defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter not to exceed 8 tests per month, at the direction of the probation officer."

## CAUSE

The above modification is sought in order to begin drug testing in this case in compliance with *U.S. v. Stephens*, No. 04-50170, 2005 WL 2106158 (9th Cir. Sept. 2, 2005).

Respectfully submitted,

REDACTED SIGNATURE

Eric D. Odegard
U.S. Probation/Pretrial Services Officer
Date:  June 13, 2007

*Request for Modification of Conditions or Term*
*Name of Offender          :        Dean R. Beaulieu*
*Case Number               :        A04-0106 CR (JKS)*

## THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other:

**REDACTED SIGNATURE** 

James K. Singleton
Senior U.S. District Court Judge
Date: 06/21/2007

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

**U.S.A. v Dean R. Beaulieu**                         Docket No. A04-0106 CR (JKS)

     I, _Dean R. Beaulieu_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter not to exceed 8 tests per month.

Signed: _[signature]_                                      Date: _6/13/07_
         Dean R. Beaulieu
         Supervised Releasee

Witness: _REDACTED SIGNATURE_                    Date: _6/13/07_
         Eric D. Odegard
         U.S. Probation/Pretrial Services Officer